UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CONNIE LOUGHRAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C06-5607 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION REMANDING FOR FURTHER PROCEEDINGS

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Ms. Loughran to not be disabled be reversed and the matter be remanded to the Commissioner for further administrative proceedings with another Administrative Law Judge (ALJ) assigned to the matter. The Commissioner concedes that the ALJ erred, necessitating remand.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The ALJ erred as described in the report;

(3)     The matter is therefore REMANDED to the administration for further consideration as

ORDER
Page - 1

1         directed in the report; and

2   (4)    The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelley Arnold.

5 DATED this 21st day of May, 2007.

                      FRANKLIN D. BURGESS
                      UNITED STATES DISTRICT JUDGE