# United States District Court

WESTERN DISTRICT OF WASHINGTON

CONNIE LOUGHRAN

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5607FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred as described in the report; and

The matter is therefore REMANDED to the administration for further consideration as directed in the report.

  May 23, 2007                                                         BRUCE RIFKIN
Date                                                                                    Clerk

                                                                                      *s/Caroline M. Gonzalez*
                                                                                      Deputy Clerk